**DLA PIPER**

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Keara M. Gordon
keara.gordon@dlapiper.com
T  212.335.4632
F  212.884.8632

April 9, 2013

*VIA FACSIMILE*

Honorable Michael H. Dolinger
United States Magistrate Judge
United States District Court
for the Southern District of New York
500 Pearl Street, Room 17D
New York, New York 10007

Re:  *Kevin P. Fitzpatrick, et al. v. American International Group, Inc., et al.*
     Case No. 1:10-cv-142 (RMB) (MHD)

Dear Judge Dolinger:

    We respectfully submit this letter to request that the Court set May 6, 2013 as the deadline for Defendants' reply to the papers Plaintiffs will file on April 26, 2013, in opposition to Defendants' Motion for Reconsideration of the Court's Order Granting in Part, and Denying in Part, the Parties' Cross Motions for Partial Summary Judgment. This proposed time frame is warranted given the size and complexity of the summary judgment record. The plaintiff's counsel has consented to this request.

    Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*Keara M. Gordon*

Keara M. Gordon

cc:  Michael E. Petrella, Esq. (via facsimile)

EAST\55534643.1

ENDORSED
ORDER

Application
granted.

4/9/13
[signature]