```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
KEVIN FITZPATRICK, et al.,           :

               Plaintiffs,           :         ORDER

          -against-                  :         10 Civ. 0142 (MHD)

AMERICAN INTERNATIONAL GROUP, INC.,  :
et al.,
                                     :
               Defendants.
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

4/23/13

It is hereby **ORDERED** that a conference has been scheduled in the above-captioned action on **WEDNESDAY, JUNE 5, 2013, at 9:30 A.M.**, at which time you are directed to appear in **Courtroom 17D**, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       April 22, 2013

SO ORDERED.

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent today to:


Sean F. O'Shea, Esq.
Michael Petrella, Esq.
Fax: (212)682-4437

Charles P. Scheeler, Esq.
Fax: (410)580-3001

Keara M. Gordon, Esq.
Fax: (212)884-8632

Stephanie Kara Vogel, Esq.
Fax: (212)884-8695

Michael J. Sheehan, Esq.
Fax: (312) 236-7516