```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
KEVIN FITZPATRICK, et al.,          :

              Plaintiffs,           :          ORDER

       -against-                    :     10 Civ. 0142 (MHD)

AMERICAN INTERNATIONAL GROUP, INC., :
et al.,
                                    :
              Defendants.
------------------------------------x
```
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

Counsel for all parties having represented at today's conference that the parties have agreed on the terms of a settlement, it is hereby

**ORDERED** that the complaint is dismissed without prejudice. Plaintiff may reinstate the case within thirty days, by **DECEMBER 5, 2013**, in the event that the settlement is not effectuated. Failing such a step, the dismissal will be deemed to be with prejudice.

**Dated:** New York, New York
November 6, 2013

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Sean F. O'Shea, Esq.
Michael Petrella, Esq.
Fax: (212)682-4437

Daniel S. Shamah, Esq.
Jonathan Rosenberg, Esq.
Fax: (212) 326-2061